JS-6

**RAMIN AZADEGAN, ESQ. (SBN 131402)**
**(ramin@raminlaw.com)**
**NEGEEN ZIBARI, ESQ. (SBN 295593)**
**(negeen@raminlaw.com)**
**LAW OFFICES OF RAMIN AZADEGAN, APC**
**9107 Wilshire Blvd., Suite 800**
**Beverly Hills, CA 90210-5533**
**Telephone:  (310) 271-4800**
**Facsimile:  (310) 271-4088**
Attorneys for Plaintiff,
MAS Global Distributors, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAS GLOBAL DISTRIBUTORS, a Corporation dba International Production IMPEX Corporation dba Snobar,<br><br>                    Plaintiff,<br><br>    vs.<br><br>METALFRIO SOLUTIONS, INC., a Texas corporation and DOES 1 through 100, inclusive,<br><br>                    Defendant. | CASE NO.  CV 14-08008 GW(JPRx)<br><br>**ORDER OF DISMISSAL** |

   In as much as the parties Plaintiff MAS GLOBAL DISTRIBUTORS and Defendant METALFRIO SOLUTIONS, INC., have resolved their differences, and have stipulated to dismiss the entire action with prejudice,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

   1)   The entirety of the above-captioned action is dismissed with prejudice

1

**[PROPOSED] ORDER OF DISMISSAL**

in accordance with the terms of the written settlement agreement entered into between the parties.;

    2) That the parties shall bear their own attorney's fees and costs incurred in this action.

Dated: May 22, 2015

By:_____
    HON. GEORGE H. WU, JUDGE

Respectfully submitted,

LAW OFFICES OF RAMIN AZADEGAN

By:__s/Ramin Azadegan_____
    Ramin Azadegan, Esq.
    Negeen Zibari, Esq.
    Attorneys for Plaintiff
    MAS Global Distributors, Inc.